## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

Civil Action No. 09-cv-01659-REB-CBS

JANICE HUBBELL,

    Plaintiff,

v.

PINNACLE FINANCIAL GROUP INCORPORATED, a Minnesota corporation,

    Defendant.

## NOTICE OF DISMISSAL WITH PREJUDICE
___

**COMES NOW** the Plaintiff by her undersigned attorney of record who hereby notifies the Court that the parties have settled this case and pursuant to Fed.R.Civ.P. 41(a)(1)(A)(i) hereby dismisses this case with prejudice and on the merits pursuant hereto with each party to pay her or its own attorney's fees and costs.

Dated: July 21, 2009.

    Respectfully submitted,

    s/ David M. Larson
    David M. Larson, Esq.
    405 S. Cascade Avenue Suite 305
    Colorado Springs, CO 80903
    (719) 473-0006
    Attorney for the Plaintiff